IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| David D. Denton, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JP Morgan Chase & Co., et al.,<br><br>　　　Defendants. | Civil Case No.: 4:17cv125<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, the undersigned certifies as follows:

1.　Defendant Chase Bank USA, N.A. is ultimately a wholly owned subsidiary of defendant JP Morgan Chase & Co.

2.　Defendant JPMorgan Chase & Co. is a publicly held corporation, and no individual or entity owns more than 10 percent of JPMorgan Chase & Co.'s stock.

DATED: October 27, 2017

Respectfully submitted,

By: /s/
Justin Golart (VA Bar No. 83929)
Eric Bosset (*pro hac vice* forthcoming)
Andrew Soukup (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
(202) 662-6000 (phone), (202) 662-6291 (fax)
jgolart@cov.com / ebosset@cov.com /
asoukup@cov.com
*Attorneys for Defendants Chase Bank USA, N.A., and JP Morgan Chase & Co.*

## **CERTIFICATE OF SERVICE**

I certify that on October 27, 2017, I caused the attached Corporate Disclosure Statement to be filed electronically through the Court's CM/ECF system, which caused a true and correct copy to be served on:

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 - Facsimile
E-mail: lenbennett@clalegal.com

Susan M. Rotkis, VSB #40693
CONSUMER LITIGATION ASSOCIATES
WEST, P.L.L.C.
382 S. Convent Ave.
Tucson, AZ 85701
(520) 622-2481
E-mail: srotkis@clalegal.com

DATED: October 27, 2017

Respectfully submitted,

By: /s/
Justin Golart (VA Bar No. 83929)
Eric Bosset (*pro hac vice* forthcoming)
Andrew Soukup (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One CityCenter, 850 10th Street NW
Washington, D.C. 20001
(202) 662-6000 (phone), (202) 662-6291 (fax)
jgolart@cov.com / ebosset@cov.com / asoukup@cov.com
*Attorneys for Defendants Chase Bank USA, N.A., and JP Morgan Chase & Co.*